Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  15–29155–CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Andrew Coles
   472 Cassvile Road
   Jackson, NJ 08527

Social Security No.:
   xxx–xx–0944

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 11/1/17 at 09:00 AM

to consider and act upon the following:

*62* – Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Albert Russo. Objection deadline is 10/12/2017. (Attachments: # 1 Proposed Order) (Russo, Albert)

Dated: 10/13/17

Jeanne Naughton
Clerk, U.S. Bankruptcy Court