UNITED STATES BANKRUPTCY COURT
District of New Jersey

Caption in Compliance with D.N.J. LBR 9004-1(b)

Albert Russo
CN 4853
Trenton, NJ  08650
(609) 587-6888
Standing Chapter 13 Trustee

Order Filed on November 16, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

Andrew Coles

Debtor(s)

Case No.: 15-29155 / CMG

Hearing Date: 11/15/2017

Judge: Christine M. Gravelle

Chapter: 13

## ORDER REGARDING CHAPTER 13 STANDING TRUSTEE'S MOTION TO DISMISS OR CERTIFICATION OF DEFAULT

The relief set forth on the following page is **ORDERED**.

**DATED: November 16, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

This matter having come before the Court on the Standing Trustee's Motion to Dismiss or an objection to the Trustee's Certification of Default, and good cause having been shown, it is

**ORDERED** that case is allowed to continue under Chapter 13 upon the following terms and conditions:

- $18,916.00 paid to date

- Debtor(s) shall remit $1,333.00 per month to the Trustee for 35 months beginning 12/01/2017

- If the Debtor(s) fail to make regular plan payments to the Trustee for a period of more than 30 consecutive days, upon the Certification of the Trustee of such non-payments, with Notice of the Certification to the Debtor(s) and the Debtor(s) attorney, if any, the within case shall be dismissed.

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 15-29155-CMG
Andrew Coles                                                        Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Nov 16, 2017
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2017.
db             +Andrew Coles,    472 Cassvile Road,    Jackson, NJ 08527-4720

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2017 at the address(es) listed below:
        Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
        Albert   Russo    docs@russotrustee.com
        James J. Cerbone    on behalf of Debtor Andrew  Coles cerbonelawfirm@aol.com
        Justin   Plean    on behalf of Creditor    PROF-2013-S3 Legal Title Trust II, by U.S. Bank National
         Association, as Legal Title Trustee jplean@rasflaw.com,
         bkyecf@rasflaw.com;ras@ecf.courtdrive.com
        Patrick O. Lacsina    on behalf of Creditor   Seterus, Inc. as authorized Subservicer for Federal
         National Mortgage Association (Fannie Mae), Creditor c/o Seterus, Inc. bmusarra@rasnj.com,
         bkyecf@rasflaw.com,legerman@rasnj.com
        R. A. Lebron    on behalf of Creditor    WELLS FARGO BANK NA bankruptcy@feinsuch.com
        Rebecca Ann Solarz    on behalf of Creditor    PROF-2013-S3 Legal Title Trust II, by U.S. Bank
         National Association, as Legal Title Trustee rsolarz@kmllawgroup.com
        Tammy L. Terrell    on behalf of Creditor    WELLS FARGO BANK NA bankruptcy@feinsuch.com
                                                                                                   TOTAL: 8