UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

JAMES J. CERBONE, ESQUIRE- 4036
2430 HIGHWAY 34
BUILDING B, SUITE 22
WALL, NEW JERSEY 08736
(732) 681-6800
Attorney for Debtor

**Order Filed on December 19, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

ANDREW COLES

Case No.: 15-29155

Hearing Date: _____

Judge: Christine M Gravelle

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: December 19, 2017**

*(signature)*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

It is ORDERED that _____James J. Cerbone, Esquire_____, the applicant, is allowed a fee of $ _____400.00_____ for services rendered as set forth in applicant's *Certification of Debtor's Counsel Supporting Supplemental Chapter 13 Fee*. The allowance shall be payable:

- ☑ Through the chapter 13 plan as an administrative priority.
- ❏ Outside the plan.

Local Form 14; revised May 23, 2002

United States Bankruptcy Court
District of New Jersey

In re:  
Andrew Coles  
    Debtor

Case No. 15-29155-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin        Page 1 of 1        Date Rcvd: Dec 20, 2017  
                           Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2017.  
db         +Andrew Coles,   472 Cassvile Road,   Jackson, NJ 08527-4720

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2017                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2017 at the address(es) listed below:  
        Albert  Russo   on behalf of Trustee Albert  Russo docs@russotrustee.com  
        Albert  Russo    docs@russotrustee.com  
        James J. Cerbone    on behalf of Debtor Andrew  Coles cerbonelawfirm@aol.com  
        Justin  Plean    on behalf of Creditor    PROF-2013-S3 Legal Title Trust II, by U.S. Bank National  
         Association, as Legal Title Trustee jplean@rasflaw.com,  
         bkyecf@rasflaw.com;ras@ecf.courtdrive.com  
        Patrick O. Lacsina    on behalf of Creditor   Seterus, Inc. as authorized Subservicer for Federal  
         National Mortgage Association (Fannie Mae), Creditor c/o Seterus, Inc. bmusarra@rasnj.com,  
         bkyecf@rasflaw.com,legerman@rasnj.com  
        R. A. Lebron    on behalf of Creditor    WELLS FARGO BANK NA bankruptcy@feinsuch.com  
        Rebecca Ann Solarz    on behalf of Creditor    PROF-2013-S3 Legal Title Trust II, by U.S. Bank  
         National Association, as Legal Title Trustee rsolarz@kmllawgroup.com  
        Tammy L. Terrell    on behalf of Creditor    WELLS FARGO BANK NA bankruptcy@feinsuch.com  
                                                                                                                                                                       TOTAL: 8