UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on August 13, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
Debtor

    Andrew Coles

Case No.: 15-29155-CMG

Hearing date:

Judge:   Hon. Christine M. Gravelle, U.S.B.J.

# O R D E R APPROVING LOAN MODIFICATION

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 13, 2018**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

This matter having been brought to the Court on the motion of   James J. Cerbone   on behalf of  Andrew Coles.    seeking an Order Authorizing Entry of a <u>Final</u> Loan Modification Agreement concerning a mortgage on real property referenced on the loan modification attached to movant's motion, and the Court having considered the submissions; and parties having been given timely notice; and for good cause shown:

1. IT IS ORDERED Debtor is granted approval to enter into a final loan modification.

2. IT IS ORDERED If pre-petition arrears are capitalized into the loan modification, secured creditor shall amend its Proof of Claim within thirty (30) days of the date of this Order. Upon receipt of an amended Proof of Claim, the Trustee may disburse the funds being reserved pursuant to this order to other creditors in accordance with the provisions of the confirmed plan.

3. IT IS ORDERED  If post-petition arrears are capitalized into the loan modification, secured creditor shall file an amended post-petition order within thirty (30) days of the date of this Order. Upon receipt of an amended post-petition order, the Trustee may disburse the funds being reserved pursuant to this order to other creditors in accordance with the provisions of the confirmed plan.

4. IT IS FURTHER ORDERED  Debtors shall file an amended Schedule J and Modified Plan within twenty (20) days of this Order.

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 15-29155-CMG
Andrew Coles                                                                Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin                Page 1 of 1           Date Rcvd: Aug 13, 2018
                              Form ID: pdf903            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 15, 2018.
db             +Andrew Coles,    472 Cassvile Road,    Jackson, NJ 08527-4720

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 13, 2018 at the address(es) listed below:
      Albert Russo    on behalf of Trustee Albert Russo docs@russotrustee.com
      Albert Russo    docs@russotrustee.com
      James J. Cerbone    on behalf of Debtor Andrew Coles cerbonelawfirm@aol.com
      Justin Plean    on behalf of Creditor   PROF-2013-S3 Legal Title Trust II, by U.S. Bank National
       Association, as Legal Title Trustee jplean@rasflaw.com,
       bkyecf@rasflaw.com;ras@ecf.courtdrive.com
      Patrick O. Lacsina    on behalf of Creditor   Seterus, Inc. as authorized Subservicer for Federal
       National Mortgage Association (Fannie Mae), Creditor c/o Seterus, Inc. ,
       PATRICK.LACSINA@GMAIL.COM
      R. A. Lebron    on behalf of Creditor   WELLS FARGO BANK NA bankruptcy@feinsuch.com
      Rebecca Ann Solarz    on behalf of Creditor   PROF-2013-S3 Legal Title Trust II, by U.S. Bank
       National Association, as Legal Title Trustee rsolarz@kmllawgroup.com
      Tammy L. Terrell    on behalf of Creditor   WELLS FARGO BANK NA bankruptcy@feinsuch.com
      William M.E. Powers    on behalf of Creditor   Wells Fargo Bank, N.A. as successor by merger to
       Wachovia Bank, N.A. ecf@powerskirn.com
      William M.E. Powers, III    on behalf of Creditor   Wells Fargo Bank, N.A. as successor by merger
       to Wachovia Bank, N.A. ecf@powerskirn.com
                                                                                                                           TOTAL: 10