Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                    Case No.:  15−29155−CMG
                    Chapter:  13
                    Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Andrew Coles
   472 Cassvile Road
   Jackson, NJ 08527

Social Security No.:
   xxx−xx−0944

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/19/18.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: September 19, 2018
JAN: bwj

                                                                              Jeanne Naughton
                                                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 15-29155-CMG
Andrew Coles                                                              Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin        Page 1 of 2        Date Rcvd: Sep 19, 2018
                            Form ID: 148      Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2018.
```
db             +Andrew Coles,    472 Cassvile Road,    Jackson, NJ 08527-4720
cr             +AMIP Management, LLC,    3020 Old Ranch Parkway,    Suite 180,    Seal Beach, CA 90740-2799
cr             +Seterus, Inc. as authorized Subservicer for Federa,    Ras Citron, LLC,    130 Clinton Road,
                 Suite 202,    Fairfield, NJ 07004-2927
515786744       Allstate,    PO Box 4303,    Carol Stream, IL 60197-4303
515786747       Bank of America,    101 N. Tyron Street,    Charlotte, NC 28255-0004
515922817      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
515786750       Centrastate Medical Center,    901 West Main Street,    Freehold, NJ 07728-2549
515786752      +Eric Calantone,    Jaffe & Asher,    600 Third Floor,    New York, NY 10016-1901
515786753     ++FIRST FINANCIAL RESOUCES INC,    1 CLARKS HILL,    SUITE 302,    FRAMINGHAM MA 01702-8172
                (address filed with court:  First Financial Resources Inc,    209 West Central Street,
                 Suite 107,    Natick, MA 01760-3716)
516476985      +Fay Servicing, LLC,    3000 Kellway Dr,    Ste 150,    Carrollton, TX 75006-3357
515786754      +Jackson Storage,    400 N. County Line Road,    Jackson, NJ 08527-4427
515786755       Lifeline Systems,    PO Box 981009,    Boston, MA 02298-1009
515786756       Nissan Motor Acceptance Corporation,    Bankruptcy Departmet,    PO Box 660366,
                 Dallas, TX 75266-0366
515786757      +Professional Recovery Services,    PO Box 1880,    Voorhees, NJ 08043-7880
515786758      +RAS Citron,    130 Clinton Road, Suite 202,    Fairfield, NJ 07004-2927
515992550      +Seterus, Inc.,    PO 1047,    Hartford, CT 06143-1047
515786760       Vital Recovery Services,    PO Box 923748,    Norcross, GA 30010-3748
517535442      +Wilmington Savings Fund Society, FSB,    AMIP Management, LLC,
                 3020 Old Ranch Parkway, Suite 180,    Seal Beach, CA 90740-2799
517535443      +Wilmington Savings Fund Society, FSB,    AMIP Management, LLC,
                 3020 Old Ranch Parkway, Suite 180,    Seal Beach, CA 90740,
                 Wilmington Savings Fund Society, FSB,    AMIP Management, LLC 90740-2799
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 20 2018 00:13:58      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 20 2018 00:13:56      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
515950281       EDI: BECKLEE.COM Sep 20 2018 03:38:00      AMERICAN EXPRESS BANK, FSB,    C/O BECKET AND LEE LLP,
                 POB 3001,    MALVERN, PA 19355-0701
515974616       EDI: BECKLEE.COM Sep 20 2018 03:38:00      AMERICAN EXPRESS CENTURION BANK,
                 C/O BECKET AND LEE LLP,    POB 3001,    MALVERN, PA 19355-0701
515821659       EDI: GMACFS.COM Sep 20 2018 03:38:00      Ally Financial,    PO Box 130424,
                 Roseville, MN 55113-0004
515786745      +EDI: GMACFS.COM Sep 20 2018 03:38:00      Ally Financial,    PO Box 380901,
                 Minneapolis, MN 55438-0901
515786746       EDI: AMEREXPR.COM Sep 20 2018 03:38:00      American Express,    PO Box 1270,
                 Newark, NJ 07101-1270
515786748       EDI: BANKAMER.COM Sep 20 2018 03:38:00      Bank of America,    PO Box 15019,
                 Wilmington, DE 19886-5019
515958305      +EDI: RESURGENT.COM Sep 20 2018 03:38:00      CACH, LLC,    4340 S MONACO STREET, 2ND FLOOR,
                 DENVER, CO 80237-3485
515786751      +EDI: CCS.COM Sep 20 2018 03:38:00      Credit Collection Services,    Two Wells Avenue,
                 Newton Center, MA 02459-3246
516427692       EDI: NAVIENTFKASMDOE.COM Sep 20 2018 03:39:00
                 Navient Solutions, Inc. Department of Education,    Loan Services,    P.O. Box 9635,
                 Wilkes-Barre, PA 18773-9635
517104724       EDI: PRA.COM Sep 20 2018 03:38:00      Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk, VA 23541
517104725       EDI: PRA.COM Sep 20 2018 03:38:00      Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk, VA 23541,    Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
516061672       EDI: SALLIEMAEBANK.COM Sep 20 2018 03:38:00      Sallie Mae,    P.O. Box 3319,
                 Wilmington, DE 19804-4319
515786761      +EDI: WFFC.COM Sep 20 2018 03:38:00      Wells Fargo Bank NV,    PO Box 31557,
                 Billings, MT 59107-1557
515980445       EDI: WFFC.COM Sep 20 2018 03:38:00      Wells Fargo Bank, N.A.,    Home Equity Group,
                 1 Home Campus MAC X2303-01A,    Des Moines, IA 50328-0001
                                                                                               TOTAL: 16
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515786743       ##A-1 Collection Services,    101 Grovers Mill Road Suite 303,    Lawrence Township, NJ 08648-4706
515786749       ##Central Jersey Emergency Medine,    PO Box 2680,    New Brunswick, NJ 08903-2680
515786759       ##Seterus,    PO Box 2008,    Grand Rapids, MI 49501-2008
                                                                                    TOTALS: 0, * 0, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-3              User: admin              Page 2 of 2              Date Rcvd: Sep 19, 2018
                                  Form ID: 148             Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 19, 2018 at the address(es) listed below:
```
              Albert    Russo     on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              James J. Cerbone     on behalf of Debtor Andrew   Coles cerbonelawfirm@aol.com
              Justin   Plean     on behalf of Creditor    PROF-2013-S3 Legal Title Trust II, by U.S. Bank National
               Association, as Legal Title Trustee jplean@rasflaw.com,
               bkyecf@rasflaw.com;ras@ecf.courtdrive.com
              Patrick O. Lacsina     on behalf of Creditor    Seterus, Inc. as authorized Subservicer for Federal
               National Mortgage Association (Fannie Mae), Creditor c/o Seterus, Inc. ,
               PATRICK.LACSINA@GMAIL.COM
              R. A. Lebron     on behalf of Creditor    WELLS FARGO BANK NA bankruptcy@feinsuch.com
              Rebecca Ann Solarz     on behalf of Creditor    PROF-2013-S3 Legal Title Trust II, by U.S. Bank
               National Association, as Legal Title Trustee rsolarz@kmllawgroup.com
              Tammy L. Terrell    on behalf of Creditor    WELLS FARGO BANK NA bankruptcy@feinsuch.com
              William M.E. Powers     on behalf of Creditor    Wells Fargo Bank, N.A. as successor by merger to
               Wachovia Bank, N.A. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. as successor by merger
               to Wachovia Bank, N.A. ecf@powerskirn.com
                                                                                             TOTAL: 10
```