| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Albert Russo<br>CN 4853<br>Trenton, NJ   08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee |
| In re:<br><br>Andrew Coles<br><br><br><br>Debtor(s) |

Order Filed on September 19, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 15-29155 / CMG

Chapter 13

Hearing Date: 08/01/2018  at 9:00 AM

Judge: Christine M. Gravelle

## CHAPTER 13 TRUSTEE POST-CONFIRMATION ORDER OF DISMISSAL

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 19, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The Court having determined that dismissal of this case is appropriate, it is hereby

ORDERED that the debtor's case is dismissed.

and it is further

ORDERED that:

Pursuant to 11 U.S.C. § 349(b), this court for cause retains jurisdiction over any application filed within 14 days of the date of this order by any administrative claimant for funds on hand with the Chapter 13 Standing Trustee.

Available funds on hand received prior to dismissal shall be distributed by the Chapter 13 Standing Trustee pursuant to the confirmed plan and any orders entered by the Court before returning funds to the debtor.

Any *Order to Employer to Pay the Chapter 13 Trustee* that has been entered in this case is vacated, and the employer is ordered to cease wage withholding immediately.

All outstanding fees due to the Court are due and owing and must be paid within 7 days of the date of this order.

*rev. 5/8/2017*

United States Bankruptcy Court
District of New Jersey

In re:                                                                           Case No. 15-29155-CMG
Andrew Coles                                                                     Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin            Page 1 of 1           Date Rcvd: Sep 19, 2018
                            Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2018.
db             +Andrew Coles,    472 Cassvile Road,    Jackson, NJ 08527-4720

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2018                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2018 at the address(es) listed below:
     Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
     Albert   Russo    docs@russotrustee.com
     James J. Cerbone    on behalf of Debtor Andrew  Coles cerbonelawfirm@aol.com
     Justin  Plean    on behalf of Creditor    PROF-2013-S3 Legal Title Trust II, by U.S. Bank National
      Association, as Legal Title Trustee jplean@rasflaw.com,
      bkyecf@rasflaw.com;ras@ecf.courtdrive.com
     Patrick O. Lacsina    on behalf of Creditor   Seterus, Inc. as authorized Subservicer for Federal
      National Mortgage Association (Fannie Mae), Creditor c/o Seterus, Inc. ,
      PATRICK.LACSINA@GMAIL.COM
     R. A. Lebron    on behalf of Creditor    WELLS FARGO BANK NA bankruptcy@feinsuch.com
     Rebecca Ann Solarz    on behalf of Creditor    PROF-2013-S3 Legal Title Trust II, by U.S. Bank
      National Association, as Legal Title Trustee rsolarz@kmllawgroup.com
     Tammy L. Terrell    on behalf of Creditor    WELLS FARGO BANK NA bankruptcy@feinsuch.com
     William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. as successor by merger to
      Wachovia Bank, N.A. ecf@powerskirn.com
     William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. as successor by merger
      to Wachovia Bank, N.A. ecf@powerskirn.com
                                                                                            TOTAL: 10